FILE COPY

No. 07-14-00114-CR

| | | |
|---|---|---|
| Edward Ewing<br>  Appellant | § | From the 242nd District Court of<br>  Castro County |
| | § | |
| v. | | March 2, 2015 |
| | § | |
| The State of Texas<br>  Appellee | § | Opinion by Justice Hancock |
| | § | |

## J U D G M E N T

Pursuant to the opinion of the Court dated March 2, 2015, it is ordered, adjudged and decreed that the judgment of the trial court be affirmed.

Inasmuch as this is an appeal *in forma pauperis*, no costs beyond those that have been paid are adjudged.

It is further ordered that this decision be certified below for observance.

o O o